IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00205-RBJ | Date: | February 26, 2014 |
| Courtroom Deputy: | Nick Richards | Court Reporter: | Kara Spitler |
| Interpreter: | Marcela Salazar | Probation: | Nicole Peterson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Richard A. Hosley III* |
| v. | |
| 1. JOSE RAMON CRUZ-GAMEZ<br>**Defendant** | *Scott T. Varholak* |

## COURTROOM MINUTES

**SENTENCING HEARING**

This case is being heard simultaneously with 13-cr-00266-RBJ for efficiency.

**Court in session:**     **8:49 a.m.**

Appearances of counsel.

Defendant present in custody.

Interpreter sworn.

Argument given on sentencing.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Sentencing Statement and Motion for Variant Sentence [29] is **DENIED**.

**ORDERED:**  Defendant shall be **imprisoned** for **42 months**.

**ORDERED:**   No term of supervised release will be imposed on the defendant.

**ORDERED:**   **Conditions** of Supervised Release that:
- ()   Defendant shall not commit another federal, state or local crime.
- ()   Defendant shall not illegally possess controlled substances.
- ()   Defendant shall not possess a firearm or destructive device.
- ()   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- ()   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are WAIVED because it is likely the defendant will be deported.

**ORDERED:**   **Special Condition** of Supervised Release that:
- ()   If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall pay a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess: 9:19** a.m.          Hearing concluded.          Total time:     **00:30**